UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JORGE MANUEL PEREIRA,
A# 023–169–329,

    Petitioner,

v.                                                                                    4:18cv96–WS/CAS

JEFF SESSIONS, et al.,

    Respondents.

_____

## ORDER OF DISMISSAL

Before the court is the magistrate judge's report and recommendation (doc. 9) docketed April 13, 2018. The magistrate judge recommends that Petitioner's petition for writ of habeas corpus be dismissed as moot based on Petitioner's release from detention. No objections to the report and recommendation have been filed.

Given Petitioner's release from detention, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 9) is adopted and incorporated by reference in this order of the court.

2. The government's motion (doc. 8) to dismiss is GRANTED.

3. Petitioner's petition for writ of habeas corpus (doc. 1) is DISMISSED as moot.

4. The clerk shall enter judgment stating: "All claims are DISMISSED."

DONE AND ORDERED this   7th   day of    May   , 2018.

                    s/ William Stafford            +
                    WILLIAM STAFFORD
                    SENIOR UNITED STATES DISTRICT JUDGE